IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES MORRIS,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | No.: 10-cv-1614 |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| Defendants. | : | |

**O R D E R**

AND NOW, this ___17TH___ day of August, 2010, IT IS HEREBY ORDERED that a **SETTLEMENT CONFERENCE** in the above-captioned case will be held on **Thursday, December 16, 2010, at 9:30 A.M.**, before the Honorable Lynne A. Sitarski, United States Magistrate Judge, in Courtroom 3-E, U.S. Courthouse, 601 Market Street, Phila., PA 19106.

• Please notify the court if settlement is not a real possibility.

• The conference will not be held unless counsel has clients with <u>full and complete</u> settlement authority physically present for the duration of the conference.[1] **Full and complete authority means the party's representative must possess authority consistent with the most recent demand.**

• Lead Trial Counsel for each party shall be physically present at the Settlement Conference. Counsel are expected to be fully familiar with the facts of the case, the legal theories supporting their client's claims or defenses, and the procedural posture of the case. **Failure to comply with this Order may result in the imposition of sanctions.**

Please complete the attached confidential summary and fax it to Chambers (267) 299-5060 on or before **December 9, 2010.** These submissions shall be submitted to the Court only, and should include a candid discussion of the submitting party's strengths and weaknesses in the case.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

Date:  August 17, 2010
cc:    Matthew B. Weisberg, Esquire (via facsimile)
       Margaret M. Fenerty, Esquire (via facsimile)

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case <u>must</u> attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

**CONFIDENTIAL SETTLEMENT CONFERENCE SUMMARY**

Caption: _____

DISTRICT COURT JUDGE: _____       JURY / NONJURY
                                                              (Circle One)

    TRIAL POOL DATE: _____

COUNSEL ATTENDING SETTLEMENT CONFERENCE:

    Name: _____

    Address: _____

    Phone: _____

    Client: _____

CLIENT ATTENDING SETTLEMENT CONFERENCE:

    Name of Individual with Full and Complete Settlement Authority who will be present at the settlement conference (include company and position where applicable):

_____

MOTIONS PENDING:

_____

_____

_____

OTHER RELEVANT MATTERS:

_____

_____

_____

PRIOR OFFERS / DEMANDS:

_____

_____

**ATTACH SYNOPSIS OF CASE (LIMITED TO ONE PAGE)**